THE PEOPLE, *ex rel.* Newell and others, *vs.* MONTGOMERY COMMON PLEAS.

An appeal cannot be allowed by the first judge of a county when absent from the county for which he was appointed.

MOTION for mandamus. The common pleas of Montgomery *quashed* an appeal from a justice's judgment on the ground that the appeal was allowed by the first judge of the county, when absent from the county, to wit, in Albany. The relator asked for a mandamus to vacate the rule quashing the appeal. The court denied the mandamus, saying the judge had no jurisdiction to allow the appeal; it was a judicial act which could properly be performed only in the county for which he was appointed.